IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY VESTAL, Individually and on behalf of Mary Altgelt, Deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:03-0051 ) |
| JAIME M. VASQUESZ, M.D.; and THE CENTER FOR REPRODUCTIVE HEALTH, P.C., | ) JURY DEMAND ) Judge Nixon ) Magistrate Knowles ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, by and through the undersigned counsel, and shows that issues of material fact remain in this case. *See* Affidavit of Joel S. Engel, M.D. Therefore, summary judgment should be in all things denied.

>Respectfully Submitted,
>
>LAW OFFICES OF DAVID RANDOLPH SMITH
>& EDMUND J. SCHMIDT III
>
>
>By: s/David Randolph Smith
>David Randolph Smith, TN Bar #011905
>1913 21st Avenue South
>Nashville, Tennessee 37212
>Phone: (615) 742-1775
>Fax: (615) 742-1223
>Web: http://www.drslawfirm.com
>e-mail: drs@drslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served upon the following on this 23rd day of May, 2006, via electronic mail:

Thomas A. Wiseman III, Esq.
Gideon & Wiseman PLC
1100 Noel Place
200 Fourth Avenue North
Nashville, TN 37219-2144

                                              s/David Randolph Smith
                                              David Randolph Smith