**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TERRY VESTAL, Individually and**<br>**on behalf of Mary Altgelt, Deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:03-0051** |
| | ) | |
| **JAIME M. VASQUESZ, M.D.; and** | ) | **JURY DEMAND** |
| **THE CENTER FOR REPRODUCTIVE** | ) | **Judge Nixon** |
| **HEALTH, P.C.,** | ) | **Magistrate Knowles** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING AFFIDAVIT OF JOEL S. ENGEL

Comes now Plaintiff, by and through the undersigned counsel, and files the attached Affidavit of Joel S. Engel, M.D. in response to Defendants' Motion for Summary Judgment.

Respectfully Submitted,

LAW OFFICES OF DAVID RANDOLPH SMITH
& EDMUND J. SCHMIDT III


By: s/David Randolph Smith
     David Randolph Smith, TN Bar #011905
     1913 21st Avenue South
     Nashville, Tennessee 37212
     Phone: (615) 742-1775
     Fax: (615) 742-1223
     Web: http://www.drslawfirm.com
     e-mail: drs@drslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served upon the following on this 23rd day of May, 2006, via electronic mail:

Thomas A. Wiseman III, Esq.
Gideon & Wiseman PLC
1100 Noel Place
200 Fourth Avenue North
Nashville, TN 37219-2144

s/David Randolph Smith
David Randolph Smith