IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY VESTAL, individually and ) <br> On behalf of Mary Altgelt, deceased ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAIME M. VASQUEZ, M.D.; and ) <br> THE CENTER FOR REPRODUCTIVE ) <br> HEALTH, P.C., ) <br> ) <br> Defendants. ) | JURY DEMAND <br> Civil Action No. 3:03-0051 <br> Judge Nixon <br> Magistrate Knowles |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Terry Vestal, individually, and on behalf of Mary Altgelt, Deceased, and Defendants Jaime M. Vasquez, M.D. and The Center for Reproductive Health, P.C., pursuant to Rule 41 of the Federal Rules of Civil Procedure, and notify the Court of their agreement to voluntarily dismiss this action with prejudice. Discretionary costs of suit are to be taxed to the party incurring same.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF DAVID RANDOLPH SMITH AND EDMUND J. SCHMIDT

By: /s/ David Randolph Smith (w/ perm by CED)
**David Randolph Smith, #11905**
**Edmund J. Schmidt, III, #21313**
1913 21st Avenue South
Hillsboro Village
Nashville, Tennessee 37212

*Attorneys for Plaintiff Terry Vestal, individually and on behalf of the Estate of Mary Altgelt*

AND

**GIDEON & WISEMAN PLC**

By: /s/ Carol E. Davis
**Thomas A. Wiseman III, #11738**
**Carol E. Davis, #25184**
1100 Noel Place
200 Fourth Avenue North
Nashville, TN 37219-2144
(615) 254-0400

*Attorneys for Defendants Jaime M. Vasquez, M.D. and The Center for Reproductive Health, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished, by electronic means via the Court's electronic filing system, this 25th day of July, 2007, to the following:

David Randolph Smith
Edmund J. Schmidt, III
1913 21st Avenue South
Hillsboro Village
Nashville, Tennessee 37212
*Attorneys for Plaintiff*

/s/ Carol E. Davis
CAROL E. DAVIS

2